JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA DEL PILAR REYES,            )<br>                                                        )<br>          Plaintiff,                        )<br>                                                        )<br>              v.                                  )<br>                                                        )<br>MICHAEL J. ASTRUE,                      )<br>Acting Commissioner of              )<br>Social Security,                               )<br>                                                        )<br>          Defendant.                    )<br>_____) | CIVIL NO. C-08-04803 CW<br><br>STIPULATION AND ORDER FOR EXTENSION |

      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment.  The extension is necessary because the Special Assistant United States Attorney for the Commissioner has experienced an unexpected increase in her work load as several attorneys from the Commissioner's regional office have recently gone on extended medical leave, have been reassigned to duties that do not include briefing, and have left or are in the process of leaving for different work, which has necessitated an unexpected transfer of their case loads to other attorneys in the office.  This additional work has interfered with the Special Assistant United States Attorney's ability to complete this brief within the original schedule.

      The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on

July 15, 2009.

Dated:   June 15, 2009         /s/ *Frederick George Craw*
                               *(As authorized via email)*
                               FREDERICK GEORGE CRAW
                               Attorney for Plaintiff


                               JOSEPH P. RUSSONIELLO
                               United States Attorney


Dated:   June 15, 2009     By: /s/ *Elizabeth Firer*
                               ELIZABETH FIRER
                               Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including July 15, 2009, to respond to Plaintiff's Motion for Summary Judgment.

         6/18/09
Dated:  _____       _____
                                    CLAUDIA WILKEN
                                    United States District Judge

2